# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

| | |
|---|---|
| MICHAEL ESPOSITO, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>I.Q. DATA INTERNATIONAL, INC.,<br><br>      Defendant. | **Civil Action No. 2:18-cv-00437-JES-CM** |

## MOTION TO CORRECT SCRIVENER'S ERROR

Plaintiff Michael Esposito and Class Counsel, hereby respectfully files its motion to correct a scrivener's error in the Motion for Attorney's Fees CM/ECF [44], filed in the above-captioned case. Plaintiff will resubmit the updated motion attached hereto. Unfortunately, the filed Motion for Attorneys Fees contained an internal communication that should not have been included with the submission to the Court. Plaintiff apologizes to the Court for this error. Undersigned apologizes to the Court for the error.

## MEMORANDUM OF LAW

Case law permits the correction of obvious clerical errors. See, e.g., United States v. Field, 875 F.2d 130, 133-4 (7th Cir. 1989). "[T]he settled rule in federal courts . . . permits changes in indictments that are merely 'a matter of form' or which correct insignificant clerical errors. . . . An amendment of form and not of substance occurs when the defendant is not misled in any sense, is not subjected to any added burden, and is not

otherwise prejudiced." United States v. Kegler, 724 F.2d 190, 195 (D.C. Cir. 1983); United States v. Oliyinka Sobamowo, 892 F.2d 90, 97 (D.C. Cir.), cert. denied, 498 U.S. 825 (1990). An indictment ordinarily may be amended provided that any evidence defendant had before the amendment would be equally available to him after the amendment. Accordingly, amendments that are merely a matter of form are freely permitted. United States v. Johnson, 741 F.2d 1338, 1340-41 (11th Cir.), cert. denied, 471 U.S. 1117 (1985); Russell v. United States, 369 U.S. 749, 770 (1962).

WHEREFORE, it is respectfully prayed that this Honorable Court enter an order substituting the attached, corrected motion.

Dated: July 15, 2019

Respectfully submitted,

*/s/ J. Dennis Card Jr.*
J. Dennis Card, Jr., Esq. (FL Bar No: 0487473)
E-mail: dennis@cloorg.com
CONSUMER LAW ORGANIZATION, P.A.
721 US Highway 1, Suite 201
North Palm Beach, Florida 33408
Telephone: (561) 822-3446
Facsimile: (305) 574-0132
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 15th, 2019, a copy of the foregoing document was filed electronically. Notice of this filing will be sent be e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ J. Dennis Card Jr.
J. Dennis Card, Jr., Esq. (FL Bar No: 0487473)