```
                     UNITED STATES DISTRICT COURT
                      MIDDLE DISTRICT OF FLORIDA
                         FORT MYERS DIVISION
```

MICHAEL ESPOSITO, on behalf of himself and all others similarly situated,

       Plaintiff,

v.                                  Case No: 2:18-cv-437-FtM-29NPM

I.Q. DATA INTERNATIONAL, INC.,

       Defendant.

### ORDER

This matter comes before the Court on plaintiff's Motion for Final Approval of Class Action Settlement (Doc. #49) filed on September 19, 2019. Plaintiff sought final approval of the settlement terms as fair and reasonable with less than 0.1% of class members opting out of the settlement. The parties appeared before the undersigned on October 29, 2019, for the final hearing. (Doc. #43.)

The Court approves the settlement agreement as set forth in the revised Order Granting Final Approval of Class Action Settlement and Final Judgment to be issued, including the release provisions incorporated therein.

Accordingly, it is hereby

**ORDERED:**

1. Plaintiff's Motion for Final Approval of Class Action Settlement (Doc. #49) is **GRANTED.** A separate Order Granting Final Approval of Class Action Settlement and Final Judgment will be issued.

2. The Clerk shall enter judgment subject to the terms of the Order Granting Final Approval of Class Action Settlement and Final Judgment as attached. The Clerk shall attach a copy of the Order Granting Final Approval of Class Action Settlement and Final Judgment to the judgment, terminate all pending deadlines and motions, and close the file.

   **DONE and ORDERED** at Fort Myers, Florida, this ___30th___ day of October, 2019.

   _____
   JOHN E. STEELE
   SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record